UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00188 |
| | ) | JUDGE SHARP |
| DANIEL VARAJAS | ) | |

**ORDER**

Due to calendar conflict, the sentencing in this matter scheduled for March 4, 2103, is hereby rescheduled for Friday, March 8, 2013, at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE